J-S62014-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| DANIEL JOSEPH DITTMAR, | |
| Appellant | No. 1078 EDA 2013 |

Appeal from the Judgment of Sentence entered March 7, 2013,
in the Court of Common Pleas of Bucks County,
Criminal Division, at No(s): CP-09-CR-0004629-2012

BEFORE:  ALLEN, OLSON, and OTT, JJ.

JUDGMENT ORDER BY ALLEN, J.:                    **FILED OCTOBER 08, 2014**

In this appeal, Daniel Joseph Dittmar ("Appellant"), challenges the trial court's amended award of restitution as speculative, excessive and insufficiently supported by the record.  **See** Appellant's Brief at 4-19.  The trial court concedes that it "failed to state reasons for the modification and that [it] erred in calculating the restitution."  Trial Court Opinion, 12/24/13, at 8.  Thus, although we affirm the incarceration component of Appellant's sentence, we vacate the restitution portion of Appellant's sentence and remand for further proceedings.  **See generally, Commonwealth v. Weathers**, 95 A.3d 908 (Pa. Super. 2014).

Judgment of sentence of incarceration affirmed.  March 7, 2013 order of restitution vacated.  Case remanded for proceedings consistent with this judgment order.  Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 10/8/2014